1  Michael Partos, State Bar No. 143845
   martos@cozen.com
2  COZEN O'CONNOR
   601 South Figueroa Street
3  Suite 3700
   Los Angeles, CA  90017
4  Telephone: 213.892.7900
   Facsimile: 213.892.7999
5
   Attorneys for USPLABS, LLC, JONATHAN
6  VINCENT DOYLE (an individual), JACOB
   GEISSLER (aka JACOBO GEISSLER) (an
7  individual), USPLABS OXYELITE, LLC,
   USPLABS OXYELITE PN, LLC and GNC
8  CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROEL VISTA,<br><br>            Plaintiff,<br><br>     vs.<br><br>USPLABS, LLC, JONATHAN VINCENT DOYLE, (an individual), JACOB GEISSLER (aka JACOBO GEISSLER)) (an individual), USPLABS OXYELITE, LLC, USPLABS OXYELITE PN, LLC, GNC CORPORATION AND does 1-500, Inclusive,<br><br>            Defendants. | Case No.: 5:14-cv-378-HRL<br>ORDER GRANTING<br>JOINT STIPULATION TO EXTEND THE TIME FOR DEFENDANTS USPLABS, LLC, JONATHAN VINCENT DOYLE, JACOB GEISSLER, USPLABS OXYELITE, LLC USPLABS OXYELITE PN, LLC, AND GNC CORPORATION TO FILE A RESPONSIVE PLEADING   AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE<br>[L.R. 6-1(a)]<br><br>[Re:  Dkt. No. 12] |

1
STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING

1  BY AND THROUGH THEIR RESPECTIVE COUNSEL, defendants
2  USPLabs, LLC, Jonathan Vincent Doyle, Jacob Geissler a/k/a/ Jacobo Geissler, USPLabs Oxyelite,
3  LLC, USPLabs OxyElite PN, LLC, and GNC Corporation ("Defendants") and plaintiff Roel Vista
4  ("Plaintiff") hereby stipulate as follows:
5  WHEREAS Plaintiff filed the Complaint in this action on or about January 24, 2014;
6  WHEREAS Defendants were purportedly served on April 7, 2014;
7  WHEREAS, pursuant to Rule 12 of the *Federal Rules of Civil Procedure*, Defendants'
8  responsive pleading is due on April 28, 2014;
9  WHEREAS good cause exists for this extension.  Due to the complexity of this litigation, as
10 shown by the Complaint which contains 169 paragraphs and 11 causes of action, as well as multiple
11 cases that may be related to this action, Defendants need additional time to respond to the
12 Complaint;
13 WHEREAS changing the responsive pleading deadline will not alter the date of any event or
14 any deadline already fixed by Court order;

THEREFORE, the parties stipulate, pursuant to Local Rule 6-1(a), to extend the date to file a responsive pleading from April 28, 2014 up to and including May 28, 2014 (a 30 day extension).

Dated:   April 21, 2014                      COZEN O'CONNOR


By: /s/Michael Partos
Michael Partos
Attorneys for USPLABS, LLC, JONATHAN VINCENT DOYLE, JACOB GEISSLER (aka JACOBO GEISSLER), USPLABS OXYELITE, LLC, USPLABS OXYELITE PN, LLC and GNC CORPORATION

Dated:   April 21, 2014                      ANDREWS & THORNTON

By:   /s/Sean Higgins
ANNE ANDREWS
JOHN C. THORNTON
SEAN THOMAS HIGGINS
Attorneys For Plaintiff ROEL VISTA

I, Michael Partos, pursuant to Local Rule 5-1(i)(3), attest that concurrence in the filing of this document has been obtained from each signatory, which shall serve in lieu of the signatories' signatures on the document. .

Dated:  April 21, 2104                                    /s/ Michael Partos.

ORDER

Pursuant to stipulation, it is so ordered.  The Initial Case Management Conference set for May 20, 2014 (Dkt. 4, Order Setting Initial Case Management Conference and ADR Deadlines) is continued to June 24, 2014, 1:30 p.m.  Related deadlines are adjusted accordingly.

Dated:   April 24, 2014

Howard R. Lloyd
United States Magistrate Judge

3
STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING