UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ROEL VISTA,

        Plaintiff,

  v.

USPLABS, LLC, et al.,

        Defendants.

Case No.  14-cv-00378-BLF

**CASE MANAGEMENT ORDER**

On July 10, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
| --- | --- |
| Further Case Management Conference | 12/11/14 at 1:30 pm. |
| Case Management Statement due | 12/03/2014 |
| Last Day to Amend Pleadings or Add Parties | Parties to file Stipulated Proposed Date by 12/1/14. |
| Last Day to Disclose Experts and Reports | Parties to file Stipulated Proposed Date by 12/1/14. |
| Fact Discovery Cut-Off | Parties to file Stipulated Proposed Date by 12/1/14. |
| Expert Discovery Cut-Off | Parties to file Stipulated Proposed Date by 12/1/14. |
| Last Day to Hear Dispositive Motions | 07/23/2015 - Parties must reserve hearing date prior to filing of motions. |
| Final Pretrial Conference | 10/01/2015 at 2:30 pm. |
| Trial | 10/19/2015 at 9:00 am. |

1
2  IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
3  are referred to the assigned Magistrate Judge.
4  IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
5  orders, which are available on the Court's website and in the Clerk's Office.
6  IT IS FURTHER ORDERED THAT Parties are to complete ADR by 01/15/2015.
7
8  Dated:  July 10, 2014
9  _____
10  BETH LABSON FREEMAN
    United States District Judge