UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ROEL VISTA,

        Plaintiff,

  v.

USPLABS, LLC, et al.,

        Defendants.

Case No. 14-cv-00378-BLF

**CASE MANAGEMENT ORDER**

On December 11, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
| --- | --- |
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | 02/02/2015 |
| Disclosure of Expert Reports | 08/03/2015 |
| Fact Discovery Cut-Off | 07/01/2015 |
| Expert Discovery Cut-Off | 09/01/2015 |
| Last Day to Hear Dispositive Motions | 07/23/2015 at 9:00 am. |
| Final Pretrial Conference | 09/17/2015 at 2:30 pm. |
| Trial | 10/19/2015 at 9:00 am. |

1   IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3   IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.

Dated: December 16, 2014

_____
BETH LABSON FREEMAN
United States District Judge